IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TELA BIO, INC., et al., | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 16–5585 |
| FEDERAL INSURANCE COMPANY, | |
| Defendant. | |

# ORDER

**AND NOW**, this 15th day of March, 2018, upon consideration of Defendant Federal Insurance Company's "Motion to Dismiss" (Doc. No. 18), Plaintiffs' "Motion for Partial Summary Judgment on the Duty to Defend" (Doc. Nos. 19 & 21), and the respective Responses and Replies to each, and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Defendant's "Motion to Dismiss" (Doc. No. 18) is **GRANTED**;

- Plaintiffs' "Motion for Partial Summary Judgment (Doc. Nos. 19 & 21) is **DENIED AS MOOT**;

- Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**;

- The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**